**Opinion filed September 30, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00159-CV

_____

**ROBERT SAENZ, OWNER OF R.S. CONTRACTORS LLC,
Appellant**

**V.**

**UNITED RENTALS (NORTH AMERICA), INC., Appellee**

**On Appeal from the County Court at Law No. 2
Midland County, Texas
Trial Court Cause No. CC22961**

## MEMORANDUM OPINION

Appellant, Robert Saenz, Owner of R.S. Contractors LLC, timely filed a notice of appeal on July 29, 2021, from the summary judgment order rendered against him. On July 30, 2021, when the appeal was docketed in this court, the clerk of this court requested that Appellant forward the $205 filing fee and a docketing statement to this court on or before August 19, 2021. We notified Appellant by letter dated September 2, 2021, that the filing fee and docketing statement were past due.

In that letter, we directed Appellant to pay the $205 filing fee and file the docketing statement on or before September 17, 2021, and we informed Appellant that failure to do so "**may result in dismissal of the case**." As of this date, Appellant has not responded to this court's letters, and this court has not received the filing fee or the docketing statement.

Because Appellant has failed to pay the required filing fee in this appeal and has failed to comply with this court's directives, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

September 30, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.